NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOORUDIN HANIF, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC NORTHEAST TRANSPORT, INC., et al., <br><br> Defendants. | Civil Action No.: 16-1776 <br><br> ORDER |

**CECCHI, District Judge.**

Before the Court is the motion of Plaintiffs Noorudin Hanif, Mario Hernandez, Ibrahim Farhan, Edgardo Gereno, and Victor Garcia ("Plaintiffs") for default judgment against Defendants Atlantic Northeast Transport, Inc. ("ANE") and Matthew Jenove (collectively, "Defendants")[1] pursuant to Fed. R. Civ. P. 55(b)(2), ECF No. 9, and the cross-motion of Defendants to set aside this Court's July 22, 2016 entry of default. ECF No. 17. Jurisdiction is proper pursuant to 49 U.S.C. §§ 14101, 14102, 14704(a), 28 U.S.C. § 1331, and 29 U.S.C. § 1367. The motions are decided without oral argument pursuant to Rule 78 of the Federal Rules of Civil Procedure. For the reasons set forth in the Opinion accompanying this Order, and in the interest of justice and for good cause shown, the Court shall set aside the entry of default against Defendants.

**IT IS** on this 30 day of June, 2017,

**ORDERED** that Plaintiffs' motion for default judgment or sanctions as to Defendants is **DENIED**; it is further

---

[1] The Court notes that Alfred Kashinsky, a named defendant in this action, was not included in or party to the instant motions.

**ORDERED** that Defendants' cross-motion to set aside entry of default is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court's entry of default dated March 13, 2017 is hereby **VACATED**.

_____
CLAIRE C. CECCHI, U.S.D.J.
